Commonwealth ex rel. Smith, Appellant, *v.*
Rundle.

Submitted June 13, 1966. *Ronald S.*

*Smith,* appellant, in propria persona; *Henry T. Crocker* and *Richard A. Devlin,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.